**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**CARLOS ANDRES CHACIN-NAVA,**                                      **PETITIONER**
**# A 220-478-549**

**VERSUS**                                       **CIVIL ACTION NO. 5:26cv376-DCB-RPM**

**MARKWAYNE MULLIN, TODD M.**
**LYONS, FIELD OFFICE DIRECTOR, and**
**WARDEN/ADMINISTRATOR**                                       **RESPONDENTS**

### ORDER TO SIGN

Before the Court are *pro se* Petitioner Carlos Andres Chacin-Nava's Petition [1] for Writ

of Habeas Corpus, pursuant to 28 U.S.C. § 2241, and Motion for Temporary Restraining Order

[2].   Chacin-Nava failed to place his original signature on the documents as required by Rule 11

of the Federal Rules of Civil Procedure.   He will be provided an opportunity to correct this

deficiency.   Accordingly,

**IT IS, THEREFORE, ORDERED** that the Clerk of Court shall mail to *pro se* Petitioner

Carlos Andres Chacin-Nava a copy of the Petition [1] and Motion for Temporary Restraining

Order [2], along with a copy of this Order.   If Petitioner would like these pleadings to remain

filed, he is directed to place his signature on the documents and return them to the Court on or

before August 26, 2026.

**IT IS FURTHER ORDERED** that Petitioner is warned that his failure to comply with

this Order in a timely manner will result in the unsigned pleadings being stricken from the record

without further notice to him.   *See*, Fed. R. Civ. P. 11(a).   Petitioner is also warned that a failure

to timely comply with any order of the Court or failure to keep the Court advised of Petitioner's

current address may result in dismissal of this case.

**SO ORDERED**, this the 12th day of August, 2026.

/s/ *Robert P. Myers, Jr.*

ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE